1  BRIAN J. STRETCH (CSBN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  KIMBERLY FRIDAY (MABN 6600544)
   Assistant United States Attorney
4       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
5       Telephone: (415) 436-7102
        Facsimile: (415) 436-6748
6       E-mail: kimberly.friday@usdoj.gov

7  Attorneys for the United States of America

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
   REQUEST FROM ARGENTINE COURT      ) MISC. NO. CV 16-80074 MISC. SK
12 FOR INFORMATION FROM CRECERA      )
   FINANCE MANAGEMENT COMPANY        ) [PROPOSED] ORDER GRANTING
13                                   ) APPLICATION FOR ORDER PURSUANT TO
   FRIGORIFICO RIOPLATENSE S.A.I.C.I.F, ) 28 U.S.C. § 1782
14 DOCKET NO. 40.124-1,              )
   REPUBLIC OF ARGENTINA             )
15                                   )

16

17      Pending before the Court is an application submitted by the United States pursuant to 28 U.S.C.

18 Section 1782 and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial

19 Matters concerning a request by an Argentine Court for information from Crecera Finance Management

20 Company. At this time, the United States requests that the Court appoint Kimberly Friday, Assistant

21 United States Attorney, as Commissioner, and authorize AUSA Friday to serve Crecera Finance

22 Management Company with a subpoena in accordance with the terms and conditions set forth below.

23 //
24 //
25 //
26 //
27 //
28

MISC. NO.
[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
1

1  Pursuant to the power conferred on it under 28 U.S.C. § 1782 and its inherent authority, the
2  Court hereby ORDERS that AUSA Kimberly Friday is appointed as Commissioner, and is authorized to
3  serve Crecera Finance Management Company with a subpoena seeking documentation and interrogatory
4  responses for use in Federal Tax Court in the Republic of Argentina.

**IT IS SO ORDERED.**

DATED: April 6, 2016

_____
UNITED STATES MAGISTRATE JUDGE

MISC. NO.
[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
2